## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL ACTION<br>NO. 1:16-cr-00067-SCJ-CMS |
| TYSON RHAME,<br>TERRENCE KELLER,<br>JAMES SHAW, and FRANK BELL, | |
| Defendants. | |

### DEFENDANT FRANK BELL'S
### UNOPPOSED MOTION FOR BOND MODIFICATION
### TO REMOVE HOME CONFINEMENT CONDITION

Frank Bell requests that his bond conditions be modified to remove his home confinement condition. Counsel for Mr. Bell, counsel for the government, and probation conferred together via email on Tuesday, September 8, 2020, and this Motion is unopposed.

Mr. Bell's counsel previously communicated with the government about Mr. Bell's request to travel to visit family members and to take his son on college visits. The government stated it did not object as long as probation did not object. Mr. Bell then sought permission, unopposed by the government and probation, for a specific trip to Milledgeville, Georgia last month to visit family. The Court

15492744v1

approved the travel.   [Doc. 709].   Additionally, the Court recently granted co-defendant Ty Rhame's motion to allow for travel for college visits for his sons and to foster familial relationships upon prior notice to, and approval by, probation. [Doc. 711].

Probation has since advised that its policy is to require an individual court order for each instance of travel for a person on home confinement. Probation has suggested that one resolution is to remove Mr. Bell's home confinement condition. That way, Mr. Bell could seek permission from his probation officer directly for each instance of travel outside the district rather than file a separate motion each time.

Neither the government nor probation oppose this Motion.

Mr. Bell's perfect record of compliance with his bond conditions, both pre-trial and in the almost two years following the verdict, provide further support for granting this Motion.

For the foregoing reasons, Frank Bell requests that the Court enter the attached Proposed Order, remove his home confinement condition, and allow Mr. Bell to travel as approved by the probation officer.

For the Court's consideration, a proposed Order is attached hereto as Exhibit A.

Dated:  September 9, 2020

Respectfully submitted,

/s/ Aaron M. Danzig
Georgia Bar No. 205151
aaron.danzig@agg.com
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel: 404-873-8500
Fax: 404-873-8501

*Attorneys for Defendant Frank Bell*

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that on this day that the foregoing document, which was prepared in accordance with L.R. 7.1 using Times New Roman, 14 point font, was filed using the Court's CM/ECF portal, which will automatically send notice to counsel of record in this matter.

This 9th day of September, 2020.

/s/ Aaron M. Danzig
Aaron M. Danzig