# EXHIBIT A

15492744v1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL ACTION NO. 1:16-cr-00067-SCJ-CMS |
| TYSON RHAME, TERRENCE KELLER, JAMES SHAW, and FRANK BELL, | |
| Defendants. | |

## ORDER ON FRANK BELL'S UNOPPOSED MOTION FOR BOND MODIFICATION TO REMOVE HOME CONFINEMENT CONDITION

Having duly considered Frank Bell's Unopposed Motion for Bond Modification to Remove Home Confinement Condition, the Motion is **GRANTED.** Frank Bell's bond conditions are modified to remove his home confinement condition.

It is further ORDERED that, with approval from his probation officer, Mr. Bell is permitted to travel outside the Northern District of Georgia.

**IT IS SO ORDERED** this _____ day of September, 2020.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

15492744v1